**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| **KEVIN MARTEL BUFORD, II,** | | |
| **and DIANNA WALKER** | | **PLAINTIFFS** |
| | | |
| v. | CASE NO. 3:10CV00247 BSM | |
| | | |
| **ALBERT WRIGHT, Chief of Police,** | | |
| **Luxora Police Department, et al.** | | **DEFENDANTS** |

**JUDGMENT**

Consistent with the order entered today, this case is hereby dismissed. It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 21st day of September 2012.

_____
UNITED STATES DISTRICT JUDGE